FILED
2024 Jan-29 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

FILED
2024 JAN 29 P 3:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

Case No. 5:24-CV-107-HNJ
*(to be filled in by the Clerk's Office)*

BRIAN REED
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint.)*

-v-

PIRTEK USA
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BRIAN REED |
| Street Address | 180 W DUBLIN DRIVE APT 615 |
| City and County | Madison and Madison County |
| State and Zip Code | AL 35758 |
| Telephone Number | 256-394-5828 |
| E-mail Address | brianreed83@gmail.com |

☑ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

1/29/24
**Date**

Brian Reed
**Participant Signature**

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PIRTEK USA |
| Job or Title *(if known)* | Corporate Headquarters |
| Street Address | 300 GUS Hipp Blvd |
| City and County | Rockledge, FL |
| State and Zip Code | Florida 32955 |
| Telephone Number | 321-701-3330 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | DAVID Burns |
| Job or Title *(if known)* | General manager / Owner |
| Street Address | 826 Lowell AVE |
| City and County | Huntsville and MADISON County |
| State and Zip Code | Alabama |
| Telephone Number | 256-457-3202 256-530-6055 |
| E-mail Address *(if known)* | dburns@pirtekhuntsville.com |

Defendant No. 3

| | |
|---|---|
| Name | PJ Ryan |
| Job or Title *(if known)* | Repair Tech |
| Street Address | |
| City and County | Elkmont |
| State and Zip Code | Alabama |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Pirtek USA Pirtek Huntsville |
| Street Address | 150 Import Circle |
| City and County | Huntsville MADISON |
| State and Zip Code | Alabama 35758 |
| Telephone Number | 256-457-3202 256-530-6055 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Roughly 60 -90 after start of my Employment

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race ______
- [ ] color ______
- [x] gender/sex ______
- [x] religion ______
- [ ] national origin ______
- [ ] age *(year of birth)* ______ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

______

E. The facts of my case are as follows. Attach additional pages if needed.

______

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

______

B. The Equal Employment Opportunity Commission *(check one)*:

- [ ] has not issued a Notice of Right to Sue letter.
- [ ] issued a Notice of Right to Sue letter, which I received on *(date)* ______.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/24/24

Signature of Plaintiff Brian Reed

Printed Name of Plaintiff BRIAN REED

**B. For Attorneys**

Date of signing: ______________

Signature of Attorney ______________________________
Printed Name of Attorney ______________________________
Bar Number ______________________________
Name of Law Firm ______________________________
Street Address ______________________________
State and Zip Code ______________________________
Telephone Number ______________________________
E-mail Address ______________________________